| DIST. | OFF. | YR. | NUMBER | MO. | DAY | YEAR | J | N/S | O | PTF | DEF | 23 | $ | OTHER | JUDGE/MAG NUMBER | DEM. | YR. | NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 425 | 5 | 79 | 5217 | 11 | 28 | 79 | 1 | 690 | 1 | | | | | $206.00 | ⌇ | | 79 | 5217 |

NEAREST $1,000

| PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | VALLEY SERVICES, INC., a corp. |

SCANNED

**CAUSE**

Complaint for Collection of Civil Penalties 30 USC 820 (j)

**ATTORNEYS**

Rebecca A. Betts, AUSA
P. O. Box 3234
Charleston, WV 25332

| CHECK HERE IF CASE WAS FILED IN FORMA PAUPERIS | FILING FEES PAID | | | STATISTICAL CARDS | |
|---|---|---|---|---|---|
| | DATE | RECEIPT NUMBER | C.D. NUMBER | CARD | DATE MAILED |
| ☐ | 11 28 79 | U. S. Plaintiff | | JS-5 | |
| | | | | JS-6 | |

UNITED STATES DISTRICT COURT DOCKET                    DC-111 (Rev. 1/78)

| DATE | NR. | PROCEEDINGS | | |
|---|---|---|---|---|
| 1979<br>11 28 | 1 | FILED: Complaint & issued summons (30 days) | | |
| Dec  7<br>1980 | 2 | FILED:  US Marshal's return | | |
| Jan  7 | 3 | ORDER: Action dismissed with prejudice<br>CC to US Atty's office | <u>CLOSED</u> | Knapp |